# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 3:08-cv-50241

BARBARA WELLS,

                                                      Plaintiffs,
v.

AFFILIATED COMPUTER SERVICES, INC., Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, AFFILIATED COMPUTER SERVICES, INC.

| NAME (Type or print) |
|---|
| Brent A. Swanson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Brent A. Swanson |
| FIRM |
| Heyl, Royster, Voelker & Allen |
| STREET ADDRESS |
| 120 W. State Street, Second Floor, National City Bank Building |
| CITY/STATE/ZIP |
| Rockford, IL 61105 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2783185 | 815-963-4454 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐