# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50241 | **DATE** | 7/21/2009 |
| **CASE TITLE** | Wells vs. Affiliated Computer Services, Inc. | | |

**DOCKET ENTRY TEXT:**

Defendant moves to dismiss pursuant to Fed. R. Civ. P. 12 (b) (6). However, the motion is based on a release, which is an affirmative defense not properly raised in a 12 (b) (6) motion. See <u>Deckard v. General Motors Corp.</u>, 307 F.3d 556, 560 (7th Cir. 2002). This matter, as the parties seem to recognize, should be addressed as a summary judgment motion. Accordingly, the motion to dismiss is stricken. The court declines to convert the motion to one for summary judgment. If defendant believes it is entitled to judgment as a matter of law, it must file a motion for summary judgment in accordance with Local Rule 56.1.

*/s/ Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | LC/jt |
|---|---|---|