August 5, 2009

**Via Hand Delivery**
Magistrate Mahoney
United States Courthouse
211 South Court Street
Rockford, Illinois 61101

IN RE: Our File: 10694-S0675; Law No.: 08 C 50241
Barbara Wells v. Affiliated Computer Services

Dear Magistrate Mahoney:

All counsel of record have reached an agreement to extend the deadline for Defendant to file its Answer by ten (10) days, from today's date to August 19, 2009.

Please have your assistant contact the undersigned immediately if the above extension is not agreeable with Your Honor.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

BY: *Jana Bradley*
Jana L. Brady
P.O. Box 1288
Rockford, IL 61105-1288
Telephone 815.963.4454 Ext. 245
Facsimile 815.963.0399
jbrady@heylroyster.com
JLB/bmg

cc: Mr. Matthew M. Litvak
    Mr. Benjamin H. Banta

14865786_1.DOCX

2ND FLOOR • 120 W STATE STREET • ROCKFORD, IL 61101 • TEL 815.963.4454 • HEYLROYSTER.COM • PEORIA • SPRINGFIELD • URBANA • ROCKFORD • EDWARDSVILLE • ROBERT V. DEWEY, JR – MANAGING PARTNER